**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**UNITED STATES OF AMERICA**

vs.                  4:08-CR-00323-01-BRW

**XAVION OMOWARE**

<u>ORDER</u>

The Government's unopposed Motion to Dismiss Revocation of Supervised Release Petition (Doc. No.64) is GRANTED. Accordingly, all pending motions to revoke the supervised release of Defendant (Doc. Nos. 45, 47, 51) are DISMISSED.

IT IS SO ORDERED this 10th day of December, 2013.


                                             /s/Billy Roy Wilson
                                   UNITED STATES DISTRICT JUDGE